United Security Bond & Mortgage Co. *v.*
Steinfeld et al., Appellants.

Argued December 4, 1930.   Before FRAZER, C. J.,
WALLING, SIMPSON, KEPHART, SADLER, SCHAFFER and
MAXEY, JJ.

*Thomas F. Mount,* with him *Joseph W. Henderson,* of
*Rawle & Henderson,* for appellant.

PER CURIAM, January 5, 1931:

The appeal before us is from the discharge by the
court below of a rule for judgment for want of a suffi-
cient reply to new matter filed by defendant in addi-
tion to its affidavit of defense.

The action is assumpsit on a surety bond executed by
Fred Steinfeld, principal, and the Ætna Casualty and
Surety Company as surety, guaranteeing the erection of
fifty-three dwelling houses, with garages, etc., on which
plaintiff claims to hold, for a good and valuable con-
sideration paid by it to Steinfeld, second mortgages
aggregating $106,000.   Steinfeld defaulted in the erec-
tion of the buildings.   The surety company in its affi-
davit of defense and "new matter" filed supplemental
thereto, denies that plaintiff paid good or valuable con-

sideration for the mortgages and avers fraud in securing the bond.

As said in Colonial Security Co. v. Levy et al. (No. 2), the preceding case, filed simultaneously herewith, unless the record shows facts "clear and free from doubt," this court will sustain the refusal of summary judgment. The whole record of this case is one of averments and denials which can only be determined after full development at trial, consequently the court below was correct in so deciding.

The order of the court below is affirmed.